**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STANFORD REID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  14-cv-08172 |
| | ) | |
| BLITT AND GAINES, P.C., | ) | Honorable Judge Samuel Der-Yeghiayan |
| MIDLAND FUNDING LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 28, 2015**, at **9:00 am**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge presiding in his stead in Courtroom **1903** in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(b)6, a copy of which is herewith served upon you.

Respectfully submitted,

By: s/Michael L. Starzec
Michael L. Starzec


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090
(847)403-4900
(312)920-0625
MikeStarzec@BlittandGaines.com
32887