**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STANFORD REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.    14-cv-08172 |
| ) | |
| BLITT AND GAINES, P.C., ) | Honorable Judge Samuel Der-Yeghiayan |
| MIDLAND FUNDING LLC, ) | |
| ) | |
| Defendants. ) | |

## BLITT AND GAINES, P.C.'s RESPONSE TO REID's MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, BLITT AND GAINES, P.C. ("Defendant" or "Blitt"), by and through counsel, and in Response to the Stanford Reid's Motion and Memorandum in support of their Motion for Summary Judgment, states as follows:

Blitt does not dispute that on October 17, 2013, Blitt, on behalf of Midland, filed a complaint in the Circuit Court of Cook County, Illinois against Reid in an action captioned *Midland Funding LLC v. Stanford Reid*. Nor does it dispute that, at the time the action was filed in the 1st Municipal District whereas Reid resided in Hazel Crest, Illinois which, while located in Cook County, is located within the Circuit Court of Cook County's Sixth Municipal District. Furthermore, both parties seem to agree that this venue was deemed proper by the 7th Circuit until the recent ruling in Suesz v. Med-1 Solutions, LLC, 757 F.3d 636 (7th Cir. 2014) in which the 7th Circuit overruled its prior ruling in Newsom v. Friedman, 76 F.3d 813 (7th Cir. 1996).

Therefore, Blitt does not dispute nor deny that by virtue of the Suesz ruling, the venue became improper. As a result, Blitt does not dispute liability in this case. However, Blitt explicitly disputes that any damages were suffered by Reid as a result of Blitt's actions.

WHEREFORE, the Defendant, Blitt and Gaines. P.C., respectfully requests this court enter

partial summary judgment in favor of Reid as to liability only, reserving its jurisdiction to rule as to damages.

                                                  Respectfully submitted,

                                          By: s/<u>Michael L. Starzec</u>
                                                 Michael L. Starzec

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090
(847)403-4900
(312)920-0625
MikeStarzec@BlittandGaines.com